UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Tashiakia Narweunta Anderson     Chapter 13
                                        Case No. ___
Debtor.

## Chapter 13 Plan

Address:    Debtor   155 Northfork Drive, Moscow, TN 38057

Plan Payment:

Debtor Shall Pay:   $ 318.00   Weekly
   Or by: ( X )Payroll Deduction   Carrier Corp., 9 Farms Spring Rd. , Mail Stop 541-90, Farmington, CT 06032

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:       Monthly Pmt.
   _____ ongoing payment begins _____

5. Priority Claims:                                                                          Monthly Pmt.
   _____  Amount  _____

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( X ) Paid by Trustee To:         Monthly Pmt.
   Fay Servicing          ongoing payment begins   April 2020                                   $467.39
                         Approximate arrearage   $4,657.00   Interest   0.00%                    $78.00

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmt.
   Capital One (2012 Nissan Sentra)                       $   4,225.00         0.00%            $83.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Capital One (2017 Chevrolet Equinox) | $ 27,248.00 | 0.00% | $545.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____ Collateral _____

10. Special Class Unsecured Claims:       Collateral Value    Interest Rate    Monthly Pmnt.

11. Student Loan Claims and Other Long Term Claims:
    _____    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____ .

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    _____    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908        Date   January 27, 2020
    Debtor's Attorney's Signature

                                                                January 28, 2020

                                                                910 > August 1, 2017